Case 2:10-cv-01159-DMC -MF   Document 19   Filed 05/03/10   Page 4 of 6

Stacy A. Biancamano
**ARLEO, DONAHUE & BIANCAMANO, L.L.C.**
622 Eagle Rock Avenue
West Orange, New Jersey 07052
(973) 736-8660  Fax: (973) 736-1712

Enu Mainigi
Jennifer G. Wicht
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000  Fax: (202) 434-5029

Attorneys for Defendant, Medco Health Solutions, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK SPITZ, | Civil Action No. 2:10-cv-1159 (DMC) |
| Plaintiff, | |
| v. | |
| MEDCO HEALTH SOLUTIONS, INC., *et al.* | **ORDER** |
| Defendants. | *Filed Electronically* |

**THIS MATTER**, having been opened to the Court by Arleo, Donohue & Biancamano. L.L.C., for the entry of an Order extending the time in which to respond to Counts 1, 4, 6, 7, and 9 of the Complaint and upon consideration of the issue, the record in this case, the parties' arguments, and the applicable law, *and there being no opposition*

IT IS on this 2 day of June 2010;

**ORDERED** that Defendant Medco Health Solutions, Inc. shall have until 21 days after a ruling on its Partial Motion to Dismiss to respond to or answer Counts 1, 4, 6, 7, and 9 of the Complaint in this matter.

Case 2:10-cv-01159-DMC-MF   Document 19   Filed 05/03/10   Page 5 of 6

Hon. ~~Dennis M. Cavanaugh~~
United St~~ates District Court Ju~~dge

MARK FALK
United States Magistrate Judge